| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 3:05CR00059(AHN) |
| | DOCKET NUMBER *(Rec. Court)* |
| | 08 CRIM 31 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Athan Tejeda | CONNECTICUT | BRIDGEPORT |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Alan H. Nevas, Sr. U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/29/2006 | TO 11/28/2009 |

USDC SDNY DOCUMENT ELECTRONICALLY FILED JAN 09 2008

OFFENSE

Conspiracy to Possess With Intent to Distribute Cocaine 21 USC § 846

Judge McMahon

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/6/07
Date

*signature*
The Honorable Alan H. Nevas
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 09 2008

*signature* Kevin Nathaniel Fox
Effective Date

KEVIN NATHANIEL FOX
United States Magistrate Judge