<u>REQUEST FOR COURT ACTION / DIRECTION</u>

**08CRIM 31**

| | | |
|---|---|---|
| TO: | JIM MOLINELLI<br>Docket Clerk | OFFENSE: <u>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (21:846 & 841 (a)(1), (b)(1)(C).</u> |
| | | ORIGINAL SENTENCE: <u>TIME SERVED AND THREE (3) YEARS SUPERVISED RELEASE. SPECIAL ASSESSMENT $100.00.</u> |
| FROM: | VERONICA CASANOVA<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>NONE</u> |
| | | AUSA: TO BE ANNOUNCED |
| RE: | ATHAN TEJEDA<br>Docket # <u>3:05CR00059(AHN)</u> | |

DATE OF SENTENCE:   11/29/2006

DATE:   January 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: JAN 0 9 2008

ATTACHMENTS:   PSI ___   JUDGMENT <u>X</u>   PREVIOUS REPORTS ___
                VIOLATION ___   PETITION ___

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION ___

---

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On November 29, 2006, the above-mentioned individual was sentenced in the District of Connecticut, by the Honorable Alan H. Nevas, Sr. U.S. District Judge, to the above referenced offense.

On December 11, 2007, we received a letter from the District of Connecticut, advising that the Honorable Alan H. Nevas, Sr. U.S. District Judge, had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Tejeda's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

TEJEDA, ATHAN                                                                                48707/VC

- 2 -

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                      Respectfully submitted,

                                      Chris J. Stanton
                                      Chief U.S. Probation Officer

By:  *[signature]* Veronica Casanova
                           VERONICA CASANOVA
                           U.S. Probation Officer
                           212-805-5190

Approved By: *[signature]* Enid Febus      1/3/07
                Supervising U.S. Probation Officer    Date:
                Enid Febus